**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GERARD W. ATCHINSON, SR., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO.  08-3257 |
| SEARS, SEARS HOLDINGS | : | |
| CORPORATION, SEARS HOLDINGS, | : | |
| SEARS, ROEBUCK AND CO., and SEARS | : | |
| HOME IMPROVEMENT PRODUCTS, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

**AND NOW**, this   17th  day of August, 2009, upon consideration of the Motions filed by

both parties, it is hereby **ORDERED** as follows:

> (1) The Motion of Defendants, Sears, Sears Holdings Corporation,
> Sears Holdings, Sears, Roebuck and Co., and Sears Home
> Improvement Products, for Leave to File a Sur-Reply (Doc. No.
> 20), is **GRANTED**.

> (2) The Motion of Plaintiff Gerard W. Atchinson, Sr. for Leave to
> Amend his Complaint (Doc. No. 17) is **GRANTED IN PART**,
> and **DENIED IN PART**, as set forth in the attached memorandum.

> (3) Plaintiff is granted leave to withdraw his claim under ERISA
> and to amend his Complaint to include a claim for breach of
> contract.  The Motion to Amend is denied in all other respects.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE