IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD W. ATCHISON, SR., | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 08-3257 |
| SEARS, SEARS HOLDINGS CORPORATION, SEARS HOLDINGS, SEARS, ROEBUCK AND CO., and SEARS HOME IMPROVEMENT PRODUCTS, | FILED OCT - 7 2009 MICHAEL E. KUNZ, Clerk By _____ Dep. Clerk |
| Defendants. | |

## ORDER

**AND NOW**, this 7th day of October, 2009, upon consideration of Defendants' Motions for Summary Judgment (Doc. Nos. 21 and 27), and the Responses and Replies thereto, it is hereby **ORDERED** that Defendants' Motions are **GRANTED**.

BY THE COURT:

_/s/ Robert F. Kelly_
ROBERT F. KELLY
SENIOR JUDGE

ENTERED
OCT 07 2009
CLERK OF COURT